**LISA R. PORTER**
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Diane S. Stevenson,
          Plaintiff,

vs.

MICHAEL J. ASTRUE
COMMISSIONER of Social Security,
          Defendant    /

Civil Action No. 3: 11-cv-01485-ST

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES
COSTS

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff,</u> U.S. (2010), it is hereby ordered that EAJA attorney's fees of $<u>3,456.94</u> and expenses $<u>5.31</u> and costs of $<u>6.10</u>, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this _14th_ day of _February_, 2013.

_____
Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224