**LISA R. PORTER**
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Diane S. Stevenson,
        Plaintiff,

vs.

**MICHAEL J. ASTRUE**
**COMMISSIONER of Social Security,**
        __Defendant__   /

Civil Action No. 3: 11-cv-01485-ST

**ORDER GRANTING AWARD**
**OF EAJA FEES, EXPENSES**
**COSTS**

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,456.94 and expenses $5.31 and costs of $6.10, shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 14th day of February, 2013.

_____
Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224